# UNITED STATES DISTRICT COURT
## Northern District of Florida

UNITED STATES OF AMERICA

v.                                                                                  Case No.: 3:06cr118-001/MCR
                                                                                    USM No.: 06615-017

ALLEN D. VERNON
_____/

Date of Original Judgment:  _____April 30, 2007_____

Date of Previous Amended Judgment:  _____N/A_____
*(Use Date of Last Amended Judgment if Any)*

## Order on Motion for Sentence Reduction

    The Defendant has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u).

    Having considered such motion, and taking into account Amendment 782, USSG §1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the Court orders that the motion is **GRANTED** and the Defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **168** months is **reduced** to **135** months.

*(Complete Part I or II Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date:  __5-3-2015__                                          *M. Casey Rodgers* (signature)
                                                                    Signature of Judge

                                                                    M. Casey Rodgers
Effective Date:  __November 1, 2015__                               Chief United States District Judge
          *(if different from order date)*                    Printed Name and Title of Judge

Rec'd 0504'15 UsDcFln 3AM1108